477 S.E.2d 714

**Gregory SINKLER, Petitioner,**

v.

**STATE of South Carolina, Respondent.**

**No. 24507.**

Supreme Court of South Carolina.

Submitted Oct. 17, 1996.

Decided Oct. 28, 1996.

Assistant Appellate Defender Lisa T. Gregory of South Carolina Office of Appellate Defense, Columbia, for petitioner.

Attorney General Charles Molony Condon, Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Teresa Nesbitt Cosby, Assistant Attorney General Teresa A. Knox, Columbia, for respondent.

## ON WRIT OF CERTIORARI

PER CURIAM:

We granted a writ of certiorari to review the denial of petitioner's application for post-conviction relief. We dismiss the writ as improvidently granted.